UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:19-CR-00009-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ALCINDAR PHILLIPS, ) | |
| ) | |
| Defendant ) | |

Upon motion of retained counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 94 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 3rd day of April, 2019.

_____
The Honorable Louise W. Flanagan
United States District Judge