UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.:  4:19-CR-00009-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ALCINDAR PHILLIPS, ) | |
| ) | |
| Defendant ) | |

Upon motion of retained counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 190 be sealed until such time as requested to be unsealed by Defense Counsel.

This the __5th__ day of __December__, 2019.

_____
The Honorable Louise W. Flanagan
Chief United States District Judge